# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ACEVEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL CELLULAR, INC.,<br><br>　　　　Defendant. | Case No.  1:20-cv-01440-NONE-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE DECLARATION IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND CONTINUING SCHEDULING CONFERENCE<br><br>SEVEN DAY DEADLINE |

On October 28, 2020, Russell Cellular, Inc. ("Defendant") filed a motion to compel arbitration and stay these proceedings.  (ECF No. 7.)  On November 10, 2020, Marco Acevedo ("Plaintiff") filed an opposition to the motion.  (ECF No. 9.)  Defendant filed a reply on November 17, 2020.  (ECF No. 10.)

Defendant's reply indicates that Plaintiff raised a new issue in his opposition to the motion to arbitrate.  Due to the issue not being raised prior to the opposition being filed, the supervisor had not had time to review and sign the declaration to respond to the issue.  Defendant indicated that a declaration would be filed as soon as the supervisor had reviewed and signed the declaration.  No declaration has been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file any declaration in support of the motion to compel arbitration within **seven (7) days** of the date of entry of this order.  The matter will be

1

         deemed submitted on the filing of the declaration or the expiration of the time to file such declaration, whichever occurs first;

2. To allow for decision on the motion to arbitrate, the scheduling conference set for March 30, 2021 is continued to **June 22, 2021 at 10:30 a.m**. in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **March 5, 2021**

                                                        UNITED STATES MAGISTRATE JUDGE