# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ACEVEDO,<br><br>   Plaintiff,<br><br>   v.<br><br>RUSSELL CELLULAR, INC.,<br><br>   Defendant. | Case No. 1:20-cv-01440-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT ON STATUS OF ARBITRATION<br><br>FIVE-DAY DEADLINE |

Plaintiff Marco Acevedo initiated this action in state court on September 8, 2020. (ECF No. 1-3.) On October 8, 2020, Defendant Russell Cellular, Inc. removed the action to this Court. (ECF No. 1.) On May 19, 2021, the Court stayed this matter to allow the parties to participate in arbitration. (ECF No. 15.) The parties were directed to file a status report within one hundred eighty (180) days of the date of service of the May 19, 2021 order and every ninety (90) days thereafter to notify the Court as to the status of arbitration. (Id. at 2.) Thus, the parties' first status report was due November 15, 2021. To date, however, no status report has been filed.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry

1

of this order the parties shall file a joint status report informing the Court of the status of arbitration.

IT IS SO ORDERED.

Dated: **November 18, 2021**

_____
UNITED STATES MAGISTRATE JUDGE