# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ACEVEDO,<br><br>        Plaintiff,<br><br>    v.<br><br>RUSSELL CELLULAR, INC.,<br><br>        Defendant. | Case No. 1:20-cv-01440-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE STATUS REPORT RE: ARBITRATION<br><br>SIX-DAY DEADLINE |

      Plaintiff Marco Acevedo initiated this action in state court on September 8, 2020. (ECF No. 1-3.) On October 8, 2020, Defendant Russell Cellular, Inc. removed the action to this Court. (ECF No. 1.) On May 19, 2021, the Court stayed this matter to allow the parties to participate in arbitration. (ECF No. 15.) The parties were directed to file a status report within one hundred eighty (180) days of the date of service of the May 19, 2021 order and every ninety (90) days thereafter to notify the Court as to the status of arbitration. (Id. at 2.) Thus, the parties' first status report was due November 15, 2021. On November 18, 2021, the Court issued an order noting the required status report was late and ordering the parties to file a joint status report informing the Court of the status of arbitration within five (5) days of the date of entry of that order. (ECF No. 20.) To date, however, no status report or other response to the Court's orders has been filed.

      Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

At present, the parties have failed to comply with multiple court orders. Therefore, counsel for both Plaintiff and Defendant will be directed to show cause why they should not be sanctioned for failing to file a joint status report or otherwise comply with the Court's May 19, 2021 and November 18, 2021 orders. (See ECF Nos. 15, 20.)

Based on the foregoing, IT IS HEREBY ORDERED that within **six (6) days** from the date of electronic filing of this order, counsel for both Plaintiff and Defendant, shall show cause in writing why they should not be sanctioned for failing to comply with the Court's orders and timely submit a joint status report regarding the status of the arbitration. Failure to comply with this order may result in the imposition of sanctions including but not limited to dismissal of this action.

IT IS SO ORDERED.

Dated: **November 24, 2021**

UNITED STATES MAGISTRATE JUDGE