# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ACEVEDO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL CELLULAR, INC.,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-01440-JLT-SAB<br><br>ORDER DISCHARGING FURTHER SANCTIONS<br><br>(ECF Nos. 34, 35) |

　　　　The Court issued sanctions in the amount of $150.00 against Plaintiff on March 22, 2022, for failing to comply with its March 14, 2022 order, and a daily sanction of $150.00 starting March 29, 2022, for failure to comply with its March 22, 2022 order. (ECF Nos. 34, 35.) On March 29, 2022, Plaintiff submitted payment in the amount of $300.00, in compliance with the March 22, 2022 order and apparently in anticipation of the Court's most recent sanctions order. The Court is satisfied that Plaintiff has sufficiently complied with the Court's March 22 and 29, 2022 orders and shall therefore discharge any further sanctions.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the Court's March 22, 2022 and March 29, 2022 orders and any further sanctions arising therefrom (ECF Nos. 34, 35) are hereby DISCHARGED.

IT IS SO ORDERED.

Dated: __**March 29, 2022**__   _____
UNITED STATES MAGISTRATE JUDGE

2