# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ACEVEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL CELLULAR, INC.,<br><br>　　　　Defendant. | Case No. 1:20-cv-01440-JLT-SAB<br><br>ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS FOR JUNE 22, 2022<br><br>(ECF No. 42) |

On May 16, 2022, Defendant filed a motion to dismiss for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 42.) The matter was set for hearing on May 25, 2022, in Courtroom 9.[1] On May 17, 2022, the assigned District Judge referred the motion to dismiss for appropriate action. (ECF No. 44.) The Court shall set the matter for hearing at least 35 days from the date of the filing pursuant to Local Rule 230(b). Opposition and reply paper filing deadlines remain set according to the filing date. See L.R. 230(c)-(d). Counsel is reminded to refer to the Local Rules for information pertaining to whether a motion shall be appropriately filed before a Magistrate Judge or a District Judge, and for information as to how to file an application to hear a motion on shortened time.

/ / /

/ / /

---

[1] The Court notes that the hearing was mistakenly set before District Judge Stanley A. Bastian, likely due to the similarity of the name and initials in the electronic filing system to the assigned Magistrate Judge.

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion to dismiss, is reset for June 22, 2022, at 10:00 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __May 17, 2022__

UNITED STATES MAGISTRATE JUDGE