**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO ACEVEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL CELLULAR, INC.,<br><br>　　　　Defendant. | Case No.: 1:20-cv-01440-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 42, 51) |

On May 16, 2022, Defendant filed a motion to dismiss this action for lack of prosecution and for Plaintiff's failure to abide by the Court's orders. (Doc. 42.) After no opposition to the motion was filed, the assigned magistrate judge issued findings and recommendations recommending that Defendant's motion to dismiss be granted and this action be dismissed with prejudice. (Doc. 51.) Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within 14 days after service. (*Id.* at 17.) In addition, Plaintiff was "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). Plaintiff did not file any objections and the time to do so has now expired.

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, and in the absence of any objections, the Court

1

concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 9, 2022, (Doc. 51), are **ADOPTED** in full.
2. Defendant's Motion to Dismiss (Doc. 42) is **GRANTED**.
3. This action is **DISMISSED WITH PREJUDICE**.
4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **June 27, 2022**

UNITED STATES DISTRICT JUDGE